In the Matter of W. L. MAXSON CORPORATION, Respondent, against HENRY W. RALPH, as Register of the City of New York, Appellant.

Argued May 23, 1945; decided July 19, 1945.

*Ignatius M. Wilkinson,* Corporation Counsel (*William J. Fleming* of counsel), for appellant.

*John Logan O'Donnell* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.